NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Ronald.Cheng@.usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KAREN CHAPON,<br>    aka "Karen Hannafious,"<br><br>  Defendant. | Case No. 2:20-mj-00664-BNW<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

      The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Blake Goebel, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

      Mr. Goebel is a member in good standing of the bar of State of Illinois, he is employed by the United States as an attorney, and, in the course and scope of his

///

///

///

1  employment, he has occasion to appear before the Court on behalf of the United States in
2  connection with the above-captioned matter.
3        Dated: August 17, 2020

                                          Respectfully submitted,

                                          /s/ Ronald Cheng
                                        RONALD L. CHENG
                                        Assistant United States Attorney
                                        Chief, Criminal Division

IT IS SO ORDERED:  _____
                                   HONORABLE BRENDA N. WEKSLER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: 8/21/2020