ROBERT ZINK
Chief, Fraud Section
BLAKE GOEBEL
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C., 20005
(202) 616-5010
Blake.Goebel@usdoj.gov

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6268
Jessica.Oliva@.usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAREN CHAPON, <br>     aka "Karen Hannafious," <br><br> Defendant. | Case No. 2:20-mj-00664-BNW <br><br> **Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Robert Zink, Chief, Fraud Section, United States Department of Justice, Blake Goebel, Trial Attorney, Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Lisa Rasmussen, Esq., counsel for

Defendant Karen Chapon, *aka* Karen Hannafious, that the Court vacate the preliminary hearing scheduled for August 26, 2020, at 3:00 p.m. and reschedule the hearing for a date and time convenient to this Court, but no sooner than 60 days from the currently scheduled date. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 21 days of a released defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but . . . no later than 21 days [after the initial appearance] if [the defendant is] not in custody . . . ."

2. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

3. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges. If an individual has been charged with a felony in a district in which no grand jury has been in session during such thirty-day period, the period of time for filing of the indictment shall be extended an additional thirty days."

4. Defendant needs additional time to review information provided by the government and investigate potential defenses.

5. Moreover, the parties have entered into negotiations in an attempt to promptly resolve this case and reduce the judicial and government resources required by this case. The defense requires additional time to adequately advise Defendant regarding any plea negotiations.

6. The additional time requested herein is not sought for the purposes of delay, but to allow counsel for Defendant sufficient time to effectively and thoroughly research and prepare and to determine whether to proceed with a preliminary hearing and indictment or to resolve this case through negotiations.

7. Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 60 days from the currently scheduled date.

8. Defendant is out of federal custody, agrees to the extension of the 21-day deadline imposed by Rule 5.1(c) and the deadline imposed by 18 U.S.C. § 3161(b), waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), and requests that the time between Defendant's initial appearance on August 12, 2020, and the rescheduled preliminary hearing be excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. §3161(b).

9. The parties agree to the extension of these deadlines.

10. Accordingly, the additional time requested by this stipulation is (a) allowed under Federal Rule of Criminal Procedure 5.1(d); and (b) excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

11. This is the first request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 17th day of August, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Lisa Rasmussen                          /s/ Jessica Oliva
LISA RASMUSSEN, ESQ.              JESSICA OLIVA
Counsel for Defendant                   Assistant United States Attorney
KAREN CHAPON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KAREN CHAPON,<br>        aka "Karen Hannafious,"<br><br>        Defendant. | Case No. 2:20- mj-00664-BNW<br><br>**[Proposed] Order on Stipulation to Continue Preliminary Hearing and Deadline to Indict Defendant** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 26, 2020 at the hour of 3:00 p.m., be vacated and continued to 10/26/2020 at the hour of 11:30 a.m.

DATED this 21 day of August, 2020.

                                              HONORABLE BRENDA N. WEKSLER
                                              UNITED STATES MAGISTRATE JUDGE